IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00554-ZLW-CBS

LESA COFFEY,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation insurance company, and
DARDEN RESTAURANTS, INC. LONG TERM DISABILITY BENEFITS, an ERISA welfare benefit plan,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby Orders that the within action is dismissed with prejudice, the parties to pay their own costs and attorney's fees.

DATED this   8   day of   August  , 2007.

BY THE COURT:

*[signature]*
United States District Judge